UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SHORTER, | ) | NO. CV 09-1466 MMM (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DERRAL ADAMS, CSP-Corcoran, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 9, 2010

                                              /s/ Margaret M. Morrow
                                          MARGARET M. MORROW
                                          United States District Judge